FILE COPY

RE: Case No. 25-0876                           DATE: 9/29/2025
COA #: 15-24-00071-CV              TC#: 23-000631-CV-472
STYLE: SNIDER v. TEXAS A&M UNIV.

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. GAINES F. WEST II
WEST WEBB ALLBRITTON & GENTRY, P.C.
1515 EMERALD PLAZA
COLLEGE STATION, TX  77845-1515
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0876                    DATE: 9/29/2025
COA #: 15-24-00071-CV          TC#: 23-000631-CV-472
STYLE: SNIDER v. TEXAS A&M UNIV.

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. ASHER  GREGG
WEST, WEBB, ALLBRITTON & GENTRY,
P.C.
1515 EMERALD PLAZA
COLLEGE STATION, TX  77845
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0876                          DATE: 9/29/2025
COA #: 15-24-00071-CV              TC#: 23-000631-CV-472
STYLE: SNIDER v. TEXAS A&M UNIV.

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MS. BRIANNA  KROMINGA
OFFICE OF THE ATTRONEY GENERAL
PO BOX 12548
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0876                    DATE: 9/29/2025
COA #: 15-24-00071-CV           TC#: 23-000631-CV-472
STYLE: SNIDER v. TEXAS A&M UNIV.

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                MR. JOHN W. RUDINGER JR.
                WEST WEBB ALLBRITTON & GENTRY, P.C.
                1515 EMERALD PLAZA
                COLLEGE STATION, TX  77845
                * DELIVERED VIA E-MAIL *

RE: Case No. 25-0876                         DATE: 9/29/2025
    COA #: 15-24-00071-CV              TC#: 23-000631-CV-472
STYLE: SNIDER v. TEXAS A&M UNIV.

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    DISTRICT CLERK  BRAZOS COUNTY
                    BRAZOS COUNTY COURTHOUSE
                    300 E. 26TH STREET
                    SUITE 1200
                    BRYAN, TX  77803-5360
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0876  DATE: 9/29/2025
COA #: 15-24-00071-CV  TC#: 23-000631-CV-472
STYLE: SNIDER v. TEXAS A&M UNIV.

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. MELISSA SPINN KOELSCH
WEST WEBB ALLBRITTON & GENTRY
1515 EMERLD PLAZA
COLLEGE STATION, TX  77845
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0876                              DATE: 9/29/2025
    COA #: 15-24-00071-CV                    TC#: 23-000631-CV-472
STYLE: SNIDER v. TEXAS A&M UNIV.

     A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *